UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SON KIM TRAN,<br><br>        Petitioner,<br><br>        v.<br><br>WARDEN (ONLY SO-CALLED "AUTHORITY" UNDER ACT(S) OF FRAUD),<br><br>        Respondent. | No. 2:23-cv-04984-JLS (JDE)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the original Petition (Dkt. 1), the Order to Show Cause issued by the assigned magistrate judge (Dkt. 5), the First Amended Petition (Dkt. 6), and the Report and Recommendation of the magistrate judge (Dkt. 18, "Report"). Plaintiff did not file a timely objection to the Report. The Court concurs with and accepts the findings and recommendations in the Report.

      IT IS THEREFORE ORDERED that Judgment shall be entered dismissing this action with prejudice.

Dated: November 5, 2023

                                                  JOSEPHINE L. STATON<br>                                                  United States District Judge