JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| SON KIM TRAN,<br><br>    Petitioner,<br><br>    v.<br><br>WARDEN (ONLY SO-CALLED "AUTHORITY" UNDER ACT(S) OF FRAUD),<br><br>    Respondent. | No. 2:23-cv-04984-JLS (JDE)<br><br>JUDGMENT |

    Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

    IT IS ADJUDGED that the action is dismissed with prejudice.

Dated: November 5, 2023

                                          JOSEPHINE L. STATON
                                          United States District Judge